**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-4241**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RODOLPHO VALERIO BAILEY, a/k/a J. Paul Rudy,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Chief District Judge. (CR-01-42)

Submitted: August 13, 2002            Decided: August 22, 2002

Before WIDENER, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Scott A. Shough, Fairmont, West Virginia, for Appellant. Thomas E. Johnston, United States Attorney, John C. Parr, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodolpho Valerio Bailey appeals the sixty-six month sentence imposed by the district court following his guilty plea to a single count of distribution of cocaine base in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) (2000). Our review of the record discloses that Bailey knowingly and voluntarily waived his statutory right to appeal by the terms of his plea agreement. See United States v. Marin, 961 F.2d 493, 496 (4th Cir. 1992). This waiver precludes our review of his claim that the district court misapplied the sentencing guidelines. See United States v. Brown, 232 F.3d 399, 402-03 (4th Cir. 2000). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2